## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Brody Holdings, LLC | |

| | | |
|---|---|---|
| 2. **All other names debtor used in the last 8 years** | | |
| Include any assumed names, trade names, and *doing business as* names | | |

| | | |
|---|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 81-5432697 | |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 10225 E. 71st Street South | |
| Number          Street | Number          Street |
| | |
| | P.O. Box |
| Derby          KS     67037 | |
| City          State     ZIP Code | City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Sedgwick County | |
| County | Number          Street |
| | |
| | City          State     ZIP Code |

| | | |
|---|---|---|
| 5. **Debtor's website** (URL) | | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

6519

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY

         District _____  When _____  Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                                         MM  /  DD  / YYYY

         Case number, if known _____

Case 26-40399    Doc# 1    Filed 05/29/26    Page 2 of 59

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❏ It needs to be physically secured or protected from the weather.

❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❏ Other _____

**Where is the property?** _____
          Number      Street

_____

          City                 State    ZIP Code

**Is the property insured?**

❏ No

❏ Yes. Insurance agency _____

      Contact name _____

      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ❏ 1,000-5,000 | ❏ 25,001-50,000 |
| ❏ 50-99 | ❏ 5,001-10,000 | ❏ 50,001-100,000 |
| ❏ 100-199 | ❏ 10,001-25,000 | ❏ More than 100,000 |
| ❏ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ❏ $0-$50,000 | ❏ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
| ❏ $50,001-$100,000 | ☑ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

Case 26-40399   Doc# 1   Filed 05/29/26   Page 3 of 59

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/28/2026
MM / DD / YYYY

**X** /s/ Brant Dumford

Signature of authorized representative of debtor

Title **Managing Member**

**Brant Dumford**

Printed name

**18. Signature of attorney**

**X** /s/ Tom R. Barnes II

Signature of attorney for debtor

Date 05/28/2026
MM / DD / YYYY

Tom R. Barnes II
Printed name

Stumbo Hanson, LLP
Firm name

2887 SW MacVicar Ave
Number    Street

Topeka
City

KS
State

66611
ZIP Code

785-267-3410
Contact phone

tom@stumbolaw.com
Email address

13437
Bar number

KS
State

Case 26-40399    Doc# 1    Filed 05/29/26    Page 4 of 59

Fill in this information to identify the case:

Debtor name ___Brody Holdings, LLC___

United States Bankruptcy Court for the:_ District of Kansas
_____ (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................................................................................
   $ 15,837,400.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................................................................
   $ 176,200.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................................................................................................
   $ 16,013,600.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................................
   $ 11,677,492.37

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................................................
   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...............................................................
   +$ 515,000.00

4. **Total liabilities**...................................................................................................................................................................
   Lines 2 + 3a + 3b
   $ 12,192,492.37

Debtor name    Brody Holdings, LLC

United States Bankruptcy Court for the: District of Kansas

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Joe Williams 11600 East 79th Street South Derby, KS, 67037 | | Money loaned, Unfiled Mortgage granted to 711 North Baltimore | | | | 200,000.00 |
| Martha Slack 1439 Emerald Valley Drive Mulvane, KS, 67110 | | Money Loaned | | | | 175,000.00 |
| Mike Helmer 800 North River Street Derby, KS, 67037 | | Money Loaned | | | | 140,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Debtor **Brody Holdings, LLC** Case number *(if known)*_____
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor name __Brody Holdings, LLC__

United States Bankruptcy Court for the: __District of Kansas__

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

   $ 400.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Community National Bank and Trust | Checking | 1 2 6 3 | $ 800.00 |
| 3.2. Chase Bank | Checking | 8 8 3 8 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $ _____

   4.2. _____  $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 1,200.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $ _____

   7.2. _____  $ _____

Case 26-40399    Doc# 1    Filed 05/29/26    Page 8 of 59

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$_____

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........→  $_____
                          face amount       doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........→  $_____
                          face amount       doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$_____

## Part 4:  Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                   % of ownership:

15.1. Black Pearl Properties, LLC _____ 100 %  Best Estimate _____  $ 175,000.00

15.2. _____ _____ %  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $_____

16.2. _____ _____ $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 175,000.00

Case 26-40399   Doc# 1   Filed 05/29/26   Page 9 of 59

## Part 5:      Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

❏ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
   ❏ No
   ❏ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ❏ No
   ❏ Yes. Book value _____      Valuation method_____      Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ❏ No
   ❏ Yes

## Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Case 26-40399   Doc# 1   Filed 05/29/26   Page 10 of 59

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Case 26-40399    Doc# 1    Filed 05/20/26    Page 11 of 59

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| **General description**<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br><br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  236 West Greenway, Derby, Kansas | Fee Simple Subject to Mortgage | $_____ | Appraisal 06/10/2024 | $ 980,000.00 |
| 55.2  233 Georgie, Derby, Kansas | Fee Simple Subject to Mortgage | $_____ | Appraisal 03/21/2025 | $ 350,000.00 |
| 55.3  See continuation sheet | | $ 0.00 | | $ 14,507,400.00 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 15,837,400.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| **61. Internet domain names and websites** | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| **65. Goodwill** | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Case 26-40399   Doc# 1   Filed 05/29/26   Page 13 of 59

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

   **Current value of debtor's interest**

71. **Notes receivable**

   Description (include name of obligor)

   | 0.00 | − | 0.00 | = → | $ 0.00 |
   |------|---|------|-----|--------|
   | Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   | | Tax year _____ | $_____ |
   |---|---|---|
   | | Tax year _____ | $_____ |
   | | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   Counterclaim against Pave the Way, Inc.

   | **Nature of claim** | Breach of Contract/Warranty | $ Unknown |
   |---|---|---|
   | **Amount requested** | $ 350,000.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   $_____

   | **Nature of claim** | _____ |
   |---|---|
   | **Amount requested** | $_____ |

76. **Trusts, equitable or future interests in property**

   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   $_____

   $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Case 26-40399   Doc# 1   Filed 05/20/26   Page 14 of 59

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,200.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 175,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................➔ | | $ 15,837,400.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ➕ $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 176,200.00 | ➕ 91b. $ 15,837,400.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................    16,013,600.00     $ 16,013,600.00

## Continuation Sheet for Official Form 206 A/B

### 55) Real property

| General description | Nature and extent of interest | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 141 E. Kay, Derby, Kansas | Fee Simple Subject to Mortgage | | Best Estimate | 765,000.00 |
| 104 N. Baltimore, Derby, Kansas | | | Appraisal | 459,000.00 |
| 419 N. Silknetter, Rosehill, Kansas | Fee Simple Subject to Mortgage | | Appraisal | 182,500.00 |
| 1401 N. Kokomo Ave., Derby, KS | Fee Simple Subject to Mortgage | | Appraisal | 165,000.00 |
| 113 Market 120 & 130 Baltimore, Derby, Kansas | Fee Simple Subject to Mortgage | | Appraisal 02/16/2024 | 1,350,000.00 |
| 200-254 W. Greenway, Derby, Kansas | Fee Simple Subject to Mortgage | | Best Estimate | 7,600,000.00 |
| 2142 N. Nelson, Derby, Kansas | Fee Simple Subject to Mortgage | | Appraisal 03/21/2025 | 750,000.00 |
| 659 N. Market, Wichita, Kansas | Fee Simple Subject to Mortgage | | Appraisal | 980,900.00 |
| 711 North Baltimore, Derby, Kansas | Fee Simple Subject to Mortgage | | Appraisal 02/14/2024 | 1,100,000.00 |
| 2812 East Douglas, Wichita, Kansas | Fee Simple Subject to Mortgage | | Best estimate | 385,000.00 |
| 2419 E. Madison, Derby, KS 67037 | Fee Simple Subject to Mortgage | | Best Estimate | 395,000.00 |
| 2367 East Madison, Derby, KS 67037 | Fee Simple Subject to Mortgage | | Best Estimate | 375,000.00 |

Debtor name  Brody Holdings, LLC

United States Bankruptcy Court for the:  District of Kansas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

**Creditor's name**
1st Alliance Group, LLC

**Creditor's mailing address**
d/b/a Forward Financing
53 State Street, 20th Floor, Boston, MA 02109

**Creditor's email address, if known**
_____

**Date debt was incurred**
Unable to recall

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$ 78,000.00

$ 0.00

Case 26-40399   Doc# 1   Filed 05/29/26   Page 17 of 59

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| BMO Bank NA | | $ 154,000.00 | $ 0.00 |

**Creditor's mailing address**
1200 E Warrenville Road
3D-146, Naperville, IL 60563

**Creditor's email address, if known**

**Describe the lien**
Unknown

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
Unable to recall

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| Community National Bank & Trust | 141 E. Kay, Derby, Kansas, 104 N. Baltimore, Derby, Kansas, 1401 N. Kokomo Ave., Derby, KS, 419 N. Silknetter, Rosehill, Kansas, 113 Market 120 & 130 Baltimore, Derby, Kansas | $ 1,124,645.00 | $ 2,921,500.00 |

**Creditor's mailing address**
8535 E 21st Street N.
Ste 100, Wichita, KS 67206

**Creditor's email address, if known**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
Unable to recall

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| Equity Bank | 2142 N. Nelson, Derby, Kansas, 233 Georgie, Derby, Kansas | $ 541,789.00 | $ 1,100,000.00 |

**Creditor's mailing address**
10222 W. Central Ave.
Wichita, KS 67212

**Creditor's email address, if known**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
Unable to recall

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Case 26-40399   Doc# 1   Filed 05/29/26   Page 18 of 59

**2.5**

**Creditor's name**
Fay Servicing, LLC

**Describe debtor's property that is subject to a lien**

$ 234,000.00     $ 0.00

**Creditor's mailing address**
1601 LBJ Freeway, Ste. 150
Dallas, TX 75234

**Creditor's email address, if known**
_____

**Describe the lien**
_____

**Date debt was incurred** _____

**Last 4 digits of** _____
**account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.6**

**Creditor's name**
John Eck Trustee

**Describe debtor's property that is subject to a lien**

236 West Greenway, Derby, Kansas

$ 250,000.00     $ 980,000.00

**Creditor's mailing address**
Eck90 Trust

**Creditor's email address, if known**
_____

**Describe the lien**
Agreement you made

**Date debt was incurred**
Unable to recall

**Last 4 digits of** _____
**account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

John Eck Trustee, 2nd, Vicki Decarsky, 3rd

☐ Yes. The relative priority of creditors is specified on lines
_____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 3 of 9

**2.7**

**Creditor's name**
Kansas State Bank

**Creditor's mailing address**
1424 S Maize Rd

Wichita, KS 67209

**Creditor's email address, if known**

**Date debt was incurred**   u _____

**Last 4 digits of** _____
**account number**

**Do multiple creditors have an
interest in the same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

**Describe debtor's property that is subject to a lien**

236 West Greenway, Derby, Kansas, 711 North
Baltimore, Derby, Kansas, 659 N. Market, Wichita,
Kansas, 2812 East Douglas, Wichita, Kansas

$ 1,670,890.00      $ 3,445,900.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8**

**Creditor's name**
Kinetic Commercial Funding LLC

**Creditor's mailing address**
1309 Coffeen Ave Ste 1200

Sheridan, WY 82801

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of** _____
**account number**

**Do multiple creditors have an
interest in the same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

**Describe debtor's property that is subject to a lien**

141 E. Kay, Derby, Kansas, 104 N. Baltimore,
Derby, Kansas, 419 N. Silknetter, Rosehill,
Kansas, 711 North Baltimore, Derby, Kansas,
2812 East Douglas, Wichita, Kansas, 2142 N.
Nelson, Derby, Kansas, 233 Georgie, Derby,
Kansas, 200-254 W. Greenway, Derby, Kansas

$ 565,000.00      $ 11,591,500.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Case 26-40399   Doc# 1   Filed 05/29/26   Page 20 of 59

**2.9**

**Creditor's name**

Kingdom Capital Partners, LLC

**Creditor's mailing address**

7200 W 13th St. No. 5

Wichita, KS 67212

**Creditor's email address, if known**

**Date debt was incurred**
  Unable to recall

**Last 4 digits of** _____
**account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

2419 E. Madison, Derby, KS 67037

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$ 134,000.00     $ 395,000.00

---

**2.10**

**Creditor's name**

Navid Haeri

**Creditor's mailing address**

1740 N. Laurel Cove

Wichita, KS 67206

**Creditor's email address, if known**

**Date debt was incurred**
  Unable to recall

**Last 4 digits of** _____
**account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$ 285,000.00     $ 0.00

---

**2.11**

**Creditor's name**

Pave the Way Inc.

**Creditor's mailing address**

1024 S Oliver Ave

Wichita, KS 67218

**Creditor's email address, if known**

**Date debt was incurred**
  Unable to recall

**Last 4 digits of** _____
**account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Lis Pendens

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$ 127,000.00     $ 0.00

---

Case 26-40399    Doc# 1    Filed 05/29/26    Page 21 of 59

Debtor    Brody Holdings, LLC                                          Case number *(if known)* _____
          _____
          Name

**2.12**  **Creditor's name**                    **Describe debtor's property that is subject to a lien**
          Petra Wichita, LLC                                                           $ 80,000.00          $ 750,000.00

          **Creditor's mailing address**           2142 N. Nelson, Derby, Kansas
          251 West Whittier
          Wichita, KS 67207

          **Creditor's email address, if known**   **Describe the lien**
                                                    Agreement you made

          **Date debt was incurred**               **Is the creditor an insider or related party?**
          **Unable to recall**                     ☑ No
          **Last 4 digits of** _____     ☐ Yes
          **account number**                       **Is anyone else liable on this claim?**
                                                    ☑ No
          **Do multiple creditors have an**         ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
          **interest in the same property?**       **As of the petition filing date, the claim is:**
          ☑ No                                     Check all that apply.
          ☐ Yes. Have you already specified the    ☐ Contingent
          relative priority?                       ☐ Unliquidated
                                                    ☐ Disputed

**2.13**  **Creditor's name**                    **Describe debtor's property that is subject to a lien**
          Rodney Horton                                                               $ 250,000.00         $ 844,000.00

          **Creditor's mailing address**           104 N. Baltimore, Derby, Kansas, 2812 East
          406 South Market                         Douglas, Wichita, Kansas
          Wichita, KS 67202

          **Creditor's email address, if known**   **Describe the lien**
                                                    Agreement you made

          **Date debt was incurred**               **Is the creditor an insider or related party?**
          **Unable to recall**                     ☑ No
          **Last 4 digits of** _____     ☐ Yes
          **account number**                       **Is anyone else liable on this claim?**
                                                    ☑ No
          **Do multiple creditors have an**         ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
          **interest in the same property?**       **As of the petition filing date, the claim is:**
          ☑ No                                     Check all that apply.
          ☐ Yes. Have you already specified the    ☐ Contingent
          relative priority?                       ☐ Unliquidated
                                                    ☐ Disputed

**2.14**  **Creditor's name**                    **Describe debtor's property that is subject to a lien**
          Sedgwick County, Kansas                                                     $ Unknown            $ 0.00

          **Creditor's mailing address**
          County Treasurer
          100 N. Broadway, Ste 100, Wichita,
          KS 67202                                 **Describe the lien**
                                                    Statutory
          **Creditor's email address, if known**   **Is the creditor an insider or related party?**
                                                    ☑ No
          **Date debt was incurred** _____       ☐ Yes
          **Last 4 digits of** _____     **Is anyone else liable on this claim?**
          **account number**                       ☑ No
                                                    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
          **Do multiple creditors have an**        **As of the petition filing date, the claim is:**
          **interest in the same property?**       Check all that apply.
          ☑ No                                     ☐ Contingent
          ☐ Yes. Have you already specified the    ☐ Unliquidated
          relative priority?                       ☐ Disputed

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 6 of 9

**2.15** **Creditor's name**
Simmons Bank

**Creditor's mailing address**
6301 Waterford Blvd, Ste 101

Oklahoma City, OK 73118

**Creditor's email address, if known**

**Date debt was incurred**
  Unable to recall

**Last 4 digits of** 2365
**account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  Simmons Bank, 1st,
  Simmons Bank, 1st

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

200-254 W. Greenway, Derby, Kansas

$ 295,079.00    $ 7,600,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16** **Creditor's name**
Simmons Bank

**Creditor's mailing address**
6301 Waterford Blvd, Ste 101

Oklahoma City, OK 73118

**Creditor's email address, if known**

**Date debt was incurred**
  Unable to recall

**Last 4 digits of** 2164
**account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines
    2.15

**Describe debtor's property that is subject to a lien**

200-254 W. Greenway, Derby, Kansas

$ 4,434,627.26    $ 7,600,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 7 of 9

**2.17**

**Creditor's name**

Small Business Financial Solutions, LLC

**Creditor's mailing address**

4500 East West Highway, 6th Floor

Bethesda, MD 20814

**Creditor's email address, if known**

**Date debt was incurred** 10/17/2024

**Last 4 digits of** _____
**account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$ 58,462.11      $ 0.00

---

**2.18**

**Creditor's name**

Specialized Loan Servicing

**Creditor's mailing address**

Fay Servicing, LLC

1601 LBJ Freeway, Ste.150, Farmers Branch, TX 75234

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of** _____
**account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

2367 East Madison, Derby, KS 67037

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$ 234,000.00      $ 375,000.00

---

**2.19**

**Creditor's name**

The Stock Exchange Bank

**Creditor's mailing address**

103 S. Main Street

3D-146, Caldwell, KS 67022

**Creditor's email address, if known**

**Date debt was incurred**
Unable to recall

**Last 4 digits of** _____
**account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Unknown

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$ 62,000.00      $ 175,000.00

---

Case 26-40399   Doc# 1   Filed 05/29/26   Page 24 of 59

**2.20**

**Creditor's name**
Treavor S. Angell Revocable Trust

**Creditor's mailing address**
Treavor S. Angell, Trustee

1410 W. Gambels Ct, Andover, KS 67002

**Creditor's email address, if known**
tsangell@gmail.com

**Date debt was incurred**
08/15, 2025 & 10/02/2025

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

711 North Baltimore, Derby, Kansas

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 434,000.00          $ 1,100,000.00

---

**2.21**

**Creditor's name**
Vicki Decarsky

**Creditor's mailing address**
1749 East Tiara Pines Street

Derby, KS 67037

**Creditor's email address, if known**

**Date debt was incurred**
Unable to recall

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines
2.6

**Describe debtor's property that is subject to a lien**

236 West Greenway, Derby, Kansas

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 665,000.00          $ 980,000.00

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 11,677,492.37

---

Case 26-40399    Doc# 1    Filed 05/29/26    Page 25 of 59

Debtor     Brody Holdings, LLC

United States Bankruptcy Court for the: **District of Kansas**

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.2** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.3** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 1 of 3

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Joe Williams
11600 East 79th Street South
Derby, KS 67037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Money loaned, Unfiled Mortgage granted to 711 North Baltimore

$ 200,000.00

**Date or dates debt was incurred** Unable to recall

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Martha Slack
1439 Emerald Valley Drive
Mulvane, KS 67110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Money Loaned

$ 175,000.00

**Date or dates debt was incurred** Unable to recall

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Mike Helmer
800 North River Street
Derby, KS 67037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Money Loaned

$ 140,000.00

**Date or dates debt was incurred** Unable to recall

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Brody Holdings, LLC | Case number (if known) |
|--------|-------------------|------------------------|
| | Name | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|--|--|--|----------------------------|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 515,000.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 515,000.00 |

Case 26-40399   Doc# 1   Filed 05/29/26   Page 28 of 59

Fill in this information to identify the case:

Debtor name  Brody Holdings, LLC

United States Bankruptcy Court for the: District of Kansas

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

## 1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

## 2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1 State what the contract or lease is for and the nature of the debtor's interest** | Lease of 202 West Greenway, Lessee | Derby Dollar<br>Name<br>202 West Greenway<br>Street |
| **State the term remaining** | 7 years | Derby                    KS  67037<br>City                         State  Zip |
| **List the contract number of any government contract** | | |
| **2.2 State what the contract or lease is for and the nature of the debtor's interest** | Lease of 200 West Greenway, Lessee | Dillons/Kroger<br>Name<br>200 West Greenway<br>Street |
| **State the term remaining** | 2 years | Derby                    KS  67037<br>City                         State  Zip |
| **List the contract number of any government contract** | | |
| **2.3 State what the contract or lease is for and the nature of the debtor's interest** | Lease of 204 West Greenway, Lessee | Casa Martinez<br>Name<br>204 West Greenway<br>Street |
| **State the term remaining** | 5 years | Derby                    KS  67037<br>City                         State  Zip |
| **List the contract number of any government contract** | | |
| **2.4 State what the contract or lease is for and the nature of the debtor's interest** | 250 West Greenway, Lessee | EBT<br>Name<br>250 West Greenway<br>Street |
| **State the term remaining** | 4 years | Derby                    KS  67037<br>City                         State  Zip |
| **List the contract number of any government contract** | | |

**2.5 State what the contract or lease is for and the nature of the debtor's interest**

Lease of 206 West Greenway, Lessee

Adventure Creative
Name
206 West Greenway
Street
Derby                          KS  67037
City                           State  Zip

**State the term remaining**    2 years

**List the contract number of any government contract**

---

**2.6 State what the contract or lease is for and the nature of the debtor's interest**

Lease of 212 Greenway, Lessee

Earthwise Pet
Name
212 West Greenway
Street
Derby                          KS  67037
City                           State  Zip

**State the term remaining**    4 years

**List the contract number of any government contract**

---

**2.7 State what the contract or lease is for and the nature of the debtor's interest**

Lease of 224 West Greenway, Lessee

Shawn Pomeroy Chiopratic
Name
224 West Greenway
Street
Derby                          KS  67037
City                           State  Zip

**State the term remaining**    4 years

**List the contract number of any government contract**

---

**2.8 State what the contract or lease is for and the nature of the debtor's interest**

Lease of 234 West Greenway, Lessee

Select Medical
Name
234 West Greenway
Street
Derby                          KS  67037
City                           State  Zip

**State the term remaining**    4 years

**List the contract number of any government contract**

---

**2.9 State what the contract or lease is for and the nature of the debtor's interest**

Lease of 230 West Greenway, Lessee

GNG Gym
Name
230 West Greenway
Street
Derby                          KS  67037
City                           State  Zip

**State the term remaining**    3 years

**List the contract number of any government contract**

---

**2.10 State what the contract or lease is for and the nature of the debtor's interest**

Lease of 260 West Greenway, Lessee

Caribbean Sun
Name
260 West Greenway
Street
Derby                          KS  67037
City                           State  Zip

**State the term remaining**    3 years

**List the contract number of any government contract**

---

**2.11 State what the contract or lease is for and the nature of the debtor's interest**

Lease of 242 West Greenway, Lessee

Midwest Barber Shop
Name
242 West Greenway
Street
Derby                          KS  67037
City                           State  Zip

**State the term remaining**    4 years

**List the contract number of any government contract**

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page 2 of 5

**2.12** State what the contract or lease is for and the nature of the debtor's interest

Lease of 236 West Greenway, Lessee

Layali Restaurant
Name
236 West Greenway
Street
Derby                                    KS   67037
City                                     State  Zip

State the term remaining    4 years

List the contract number of any government contract

**2.13** State what the contract or lease is for and the nature of the debtor's interest

Lease of 120 North Baltimore, Lessee

Henhouse Restaurant
Name
120 North Baltimore
Street
Derby                                    KS   67037
City                                     State  Zip

State the term remaining    7 years

List the contract number of any government contract

**2.14** State what the contract or lease is for and the nature of the debtor's interest

659 North Market, Lessee

Envision
Name
659 North Market
Street
Wichita                                  KS   67203
City                                     State  Zip

State the term remaining    1 year

List the contract number of any government contract

**2.15** State what the contract or lease is for and the nature of the debtor's interest

Lease of 113 North Market, Lessee

Elegant Barber
Name
113 North Market
Street
Derby                                    KS   67037
City                                     State  Zip

State the term remaining    4 years

List the contract number of any government contract

**2.16** State what the contract or lease is for and the nature of the debtor's interest

Lease of 141 East Kay, Ste. 300, Lessee

Thairiffic
Name
141 East Kay, Ste. 300
Street
Derby                                    KS   67037
City                                     State  Zip

State the term remaining    4 years

List the contract number of any government contract

**2.17** State what the contract or lease is for and the nature of the debtor's interest

141 East Kay, Ste. 500, Lessee

Melina Alvarez Photography
Name
141 East Kay, Ste. 500
Street
Derby                                    KS   67037
City                                     State  Zip

State the term remaining    1 year

List the contract number of any government contract

**2.18** State what the contract or lease is for and the nature of the debtor's interest

Lease of 2142 North Nelson Suites A & D, Lessee

Solar Pro
Name
2142 North Nelson, Suites A & D
Street
Derby                                    KS   67037
City                                     State  Zip

State the term remaining    3 year

List the contract number of any government contract

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 3 of 5

**2.19** State what the contract or lease is for and the nature of the debtor's interest

Lease of 2142 North Nelson, Suites B & C, Lessee

The Window Guy
Name
2142 North Nelson, Suites B&C
Street

State the term remaining     4 years

Derby                    KS 67037
City                     State Zip

List the contract number of any government contract

**2.20** State what the contract or lease is for and the nature of the debtor's interest

Lease of 104 North Baltimore, Lessee

East Baptist Coffee Shop
Name
104 North Baltimore
Street

State the term remaining     4 years

Derby                    KS 67037
City                     State Zip

List the contract number of any government contract

**2.21** State what the contract or lease is for and the nature of the debtor's interest

2812 East Douglas, Lessee

East English Coffee
Name

Street

State the term remaining     3 year

Wichita                  KS 67214
City                     State Zip

List the contract number of any government contract

**2.22** State what the contract or lease is for and the nature of the debtor's interest

Lease of 2419 East Madison, Lessee

Roni Attari
Name
2419 East Madison
Street

State the term remaining     1 year

Derby                    KS 67037
City                     State Zip

List the contract number of any government contract

**2.23** State what the contract or lease is for and the nature of the debtor's interest

Lease of 2367 East Madison, Lessee

Theresa Hill
Name
2367 East Madison
Street

State the term remaining     1 year

Derby                    KS 67037
City                     State Zip

List the contract number of any government contract

**2.24** State what the contract or lease is for and the nature of the debtor's interest

Lease of 1401 North Kokomo, Lessee

Lakyn Becker
Name
1401 North Kokomo
Street

State the term remaining     1 year

Derby                    KS 67037
City                     State Zip

List the contract number of any government contract

**2.25** State what the contract or lease is for and the nature of the debtor's interest

Lease of 419 East Silkenetter, Lessee

Jeremy Hartman
Name
419 East Silkenetter
Street

State the term remaining     1 year

Rose Hill                KS 67133
City                     State Zip

List the contract number of any government contract

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        page 4 of 5

Debtor name  **Brody Holdings, LLC**

United States Bankruptcy Court for the: **District of Kansas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|---|
| **Name** | **Mailing address** | | | **Name** | *Check all schedules that apply:* |
| **2.1** Brant T. Dumford | 10225 E 71st Street S <br> Street | | | Kinetic Commercial Funding LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| | Derby <br> City | KS <br> State | 67037 <br> ZIP Code | | |
| **2.2** Brant T. Dumford | 10225 E 71st Street S <br> Street | | | Small Business Financial Solutions, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| | Derby <br> City | KS <br> State | 67037 <br> ZIP Code | | |
| **2.3** Brant T. Dumford | 10225 E 71st Street S <br> Street | | | Treavor S. Angell Revocable Trust | ☑ D <br> ☐ E/F <br> ☐ G |
| | Derby <br> City | KS <br> State | 67037 <br> ZIP Code | | |

**2.4**
Brant T. Dumford

10225 E 71st Street S
Street

Simmons Bank

- ☑ D
- ☐ E/F
- ☐ G

Derby | KS | 67037
City | State | ZIP Code

**2.5**
Brant T. Dumford

10225 E 71st Street S
Street

Simmons Bank

- ☑ D
- ☐ E/F
- ☐ G

Derby | KS | 67037
City | State | ZIP Code

**2.6**
Brant T. Dumford

10225 E 71st Street S
Street

Equity Bank

- ☑ D
- ☐ E/F
- ☐ G

Derby | KS | 67037
City | State | ZIP Code

**2.7**
Brant T. Dumford

10225 E 71st Street S
Street

Community National Bank & Trust

- ☑ D
- ☐ E/F
- ☐ G

Derby | KS | 67037
City | State | ZIP Code

**2.8**
Brant T. Dumford

10225 E 71st Street S
Street

Kansas State Bank

- ☑ D
- ☐ E/F
- ☐ G

Derby | KS | 67037
City | State | ZIP Code

**2.9**
Brant T. Dumford

10225 E 71st Street S
Street

John Eck Trustee

- ☑ D
- ☐ E/F
- ☐ G

Derby | KS | 67037
City | State | ZIP Code

**2.10**
Brant T. Dumford

10225 E 71st Street S
Street

Kingdom Capital Partners, LLC

- ☑ D
- ☐ E/F
- ☐ G

Derby | KS | 67037
City | State | ZIP Code

| 2.11 Brant T. Dumford | 10225 E 71st Street S | | | The Stock Exchange Bank | ☑ D<br>☐ E/F<br>☐ G |
|---|---|---|---|---|---|
| | Street | | | | |
| | Derby | KS | 67037 | | |
| | City | State | ZIP Code | | |

| 2.12 William Turner & Amber Turner | 25990 71st Road | | | The Stock Exchange Bank | ☑ D<br>☐ E/F<br>☐ G |
|---|---|---|---|---|---|
| | Street | | | | |
| | Arkansas City | KS | 67005 | | |
| | City | State | ZIP Code | | |

Case 26-40399     Doc# 1    Filed 05/29/26     Page 35 of 59

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/28/2026        X /s/ Brant Dumford
             MM / DD / YYYY       Signature of individual signing on behalf of debtor

                                  Brant Dumford
                                  Printed name

                                  Managing Member
                                  Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Debtor name    Brody Holdings, LLC

United States Bankruptcy Court for the: District of Kansas

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

### 1. Gross revenue from business

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2026<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 690,000.00 |
| **For prior year:** | From 01/01/2025<br>MM / DD / YYYY | to | 12/31/2025<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,547,690.00 |
| **For the year before that:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,567,800.00 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name | | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. | _____ Creditor's name | | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ Insider's name | _____ _____ _____ | $_____ | |
| | **Relationship to debtor** _____ | | | |
| 4.2. | _____ Insider's name | _____ _____ _____ | $_____ | |
| | **Relationship to debtor** _____ | | | |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **Equity Bank** <br> Creditor's name <br> 10222 W. Central Ave. <br> Wichita, KS 67212 | Action in Foreclosure and exercise of assignment of rents provision in Mortgage | 04/2026 | $ Unknown |
| 5.2. **Kinetic Commercial Funding LLC** <br> Creditor's name <br> 1309 Coffeen Ave Ste 1200 <br> Sheridan, WY 82801 | Action in Foreclosure and exercise of assignment of rents provision in Mortgage | 04/2026 | $ Unknown |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

---

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Small Business Financial Solutions LLC v. Brody Holdings, LLC et al <br><br> **Case number** <br><br> C-15-CV-26-001012 | Action for Money Owed | Circuit Court for Montgomery County Maryland <br><br> 50 Maryland Ave <br> Rockville, MD 20850 | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. Pave the Way, Inc. v. Brody Holdings, LLC et al <br><br> **Case number** <br><br> SG 2026-CV-000671 | Action for Money Owed | District Court of Sedgwick County, Kansas <br><br> 525 N. Main Street <br> Wichita, KS 67203-3773 | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

Case 26-40399    Doc# 1    Filed 05/29/26    Page 39 of 59

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | | |
| | **Case number** | Name |
| | | |
| | **Date of order or assignment** | |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| Recipient's relationship to debtor | | | |

---

| Part 5: | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

---

Case 26-40399    Doc# 1    Filed 05/29/26    Page 40 of 59

## Part 6:    Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** Tom R. Barnes II | Cashier's Check | 05/20/2026 | $ 55,000.00 |

**Address**

Stumbo Hanson, LLP
2887 SW MacVicar Ave
Topeka, KS 66611

**Email or website address**
tom@stumbolaw.com

**Who made the payment, if not debtor?**

Brant Dumford

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.2.** See Attached SOFA Part 6, Question 11 | | | $ 55,000.00 |

**Address**

**Email or website address**

**Who made the payment, if not debtor?**

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |

**Trustee**

---

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | | _____ | $_____ |
| **Address** | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| Who received transfer? | | _____ | $_____ |
| 13.2. _____ | | | |
| **Address** | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

## Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____   To _____ |
| 14.2. | From _____   To _____ |

Case 26-40399    Doc# 1    Filed 05/29/26    Page 42 of 59

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan                                          Employer identification number of the plan

_____          EIN: _____

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name |  |  | ☐ No<br>☐ Yes |
| Address |  |  |  |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name |  |  | ☐ No<br>☐ Yes |
| Address |  |  |  |

Case 26-40399    Doc# 1    Filed 05/29/26    Page 44 of 59

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
|  |  |  | $_____ |
| Name |  |  |  |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  |  |  | ☐ Pending |
| Case number | Name |  | ☐ On appeal |
|  |  |  | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  | _____ |
| Name | Name |  |  |

Case 26-40399    Doc# 1    Filed 05/29/26    Page 45 of 59

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | **Business name and address**<br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | **Business name and address**<br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

Case 26-40399    Doc# 1    Filed 05/29/26    Page 46 of 59

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Sara D. Bishop CPA LLC | From 01/01/2023 |
| Name | To 04/30/2025 |
| 111 N Baltimore Ave. Ste B | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ |
| Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ |
| Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ |
| Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.
_____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    Equity Bank
          _____
          Name

**Name and address**

26d.2.    Martha Slack
          _____
          Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.    _____
         Name

Case 26-40399    Doc# 1    Filed 05/29/26    Page 48 of 59

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2. _____
      Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

❑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

❑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |

Case 26-40399    Doc# 1    Filed 05/29/26    Page 49 of 59

**Name and address of recipient**

30.2    _____
        Name

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

❑ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❑ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/28/2026
               MM / DD / YYYY

**X** /s/ Brant Dumford                              Printed name  Brant Dumford
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

❑ No

☑ Yes

Case 26-40399    Doc# 1    Filed 05/29/26    Page 50 of 59

## Continuation Sheet for Official Form 207

**5) Repossessions, foreclosures, and returns**

| | | | | |
|---|---|---|---|---|
| Simmons Bank | 6301 Waterford Blvd, Ste 101, Oklahoma City, OK 73118 | $Unknown | Action in Foreclosure and exercise of assignment of rents provision in Mortgage | 04/2026 |

**7) Legal Actions**

KS State Bank v. Brody Holdings, LLC et al

SG 2026-CV-000828

Foreclosure and related relief

District Court of Sedgwick County, Kansas

525 N. Main Street, Wichita, KS 67203-3773

Pending

-------

Equity Bank v. Brody Holdings, LLC et al

SG 2026-CV-001240

District Court of Sedgwick County, Kansas

525 N. Main Street, Wichita, KS

Pending

-------

Kingdom Capital Partners, LLC and Kingdom Capital Fund 1, LLC v. Brody Holdings, LLC et al

SG 2026-C-000721

Foreclosure and related relief

District Court of Sedgwick County, Kansas

525 N. Main Street, Wichita, KS 67203-3773

Pending

-------

**26d) Creditors**

Community National Bank & Trust

## Continuation Sheet for Official Form 207

John Eck

Simmons Bank

Navid Heari

Trevor Angell

Rodney Horton

Vicki Decarsky

United States Bankruptcy Court

District of Kansas

In re: Brody Holdings, LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____05/28/2026_____

/s/ Brant Dumford
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor

1st Alliance Group, LLC
d/b/a Forward Financing
53 State Street, 20th Floor
Boston, MA 02109

Adventure Creative
206 West Greenway
Derby, KS 67037

BMO Bank NA
1200 E Warrenville Road
3D-146
Naperville, IL 60563

Brant T. Dumford
10225 E 71st Street S
Derby, KS 67037

Caribbean Sun
260 West Greenway
Derby, KS 67037

Casa Martinez
204 West Greenway
Derby, KS 67037

Clint Spiller
Kennedy Berkley
PO Box 2567
Salina, KS 67402-2567

Cody Branham
Adams Jones Law Firm, P.A.
1635 N. Waterfront Parkway, Ste. 200
Wichita, KS 67206-6623

Community National Bank & Trust
8535 E 21st Street N.
Ste 100
Wichita, KS 67206

Corporate Creations Network, Inc.
150 Royall St. Ste. 205
Canton, MA 02021

David Dillingham-Goad, Esq.
4500 East West Highway, 6th Floor
Bethesda, MD 20814

Derby Dollar
202 West Greenway
Derby, KS 67037

Dillons/Kroger
200 West Greenway
Derby, KS 67037

Earthwise Pet
212 West Greenway
Derby, KS 67037

East Baptist Coffee Shop
104 North Baltimore
Derby, KS 67037

East English Coffee
Wichita, KS 67214

EBT
250 West Greenway
Derby, KS 67037

Elegant Barber
113 North Market
Derby, KS 67037

Envision
659 North Market
Wichita, KS 67203

Equity Bank
10222 W. Central Ave.
Wichita, KS 67212

Fay Servicing, LLC
1601 LBJ Freeway, Ste. 150
Dallas, TX 75234

GNG Gym
230 West Greenway
Derby, KS 67037

Henhouse Restaurant
120 North Baltimore
Derby, KS 67037

Jeremy Hartman
419 East Silkenetter
Rose Hill, KS 67133

Joe Williams
11600 East 79th Street South
Derby, KS 67037

John Eck Trustee
Eck90 Trust

Kansas State Bank
1424 S Maize Rd
Wichita, KS 67209

Kinetic Commercial Funding LLC
1309 Coffeen Ave Ste 1200
Sheridan, WY 82801

Kingdom Capital Partners, LLC
7200 W 13th St. No. 5
Wichita, KS 67212

Kingdom Capital Partners, LLC
7200 W. 13th Street No. 5
Wichita, KS 67212

Klint A. Spiller
Kennedy Berkley, P.A.
PO Box 2567
Salina, KS 67402-2567

Lakyn Becker
1401 North Kokomo
Derby, KS 67037

Layali Restaurant
236 West Greenway
Derby, KS 67037

Martha Slack
1439 Emerald Valley Drive
Mulvane, KS 67110

Melina Alvarez Photography
141 East Kay, Ste. 500
Derby, KS 67037

Midwest Barber Shop
242 West Greenway
Derby, KS 67037

Mike Helmer
800 North River Street
Derby, KS 67037

Mindful Collective
218 West Greenway
Derby, KS 67037

Navid Haeri
1740 N. Laurel Cove
Wichita, KS 67206

Nicholas R. Grillot
Hinkle Law Firm, LLC
1617 N Waterfront Parkway Ste 400
Wichita, KS 67206-6211

Pave the Way Inc.
1024 S Oliver Ave
Wichita, KS 67218

Pave the Way, Inc.
10124 S. Oliver
Wichita, KS 67218

Petra Wichita, LLC
251 West Whittier
Wichita, KS 67207

Prelle Eron & Bailey, PA
301 N. Main Street, Ste. 2000
Wichita, KS 67202

Rodney Horton
406 South Market
Wichita, KS 67202

Roni Attari
2419 East Madison
Derby, KS 67037

Save the Kitties
233 Georgie
Derby, KS 67037

Sedgwick County, Kansas
County Treasurer
100 N. Broadway, Ste 100
Wichita, KS 67202

Select Medical
234 West Greenway
Derby, KS 67037

Shannon D. Wead
Foulston Siefkin LLP
1551 N. Waterfront Parkway Ste. 100
Wichita, KS 67206-4466

Shawn Pomeroy Chiopratic
224 West Greenway
Derby, KS 67037

Simmons Bank
6301 Waterford Blvd, Ste 101
Oklahoma City, OK 73118

Small Business Financial Solutions, LLC
4500 East West Highway, 6th Floor
Bethesda, MD 20814

Solar Pro
2142 North Nelson, Suites A & D
Derby, KS 67037

Specialized Loan Servicing
Fay Servicing, LLC
1601 LBJ Freeway, Ste.150
Farmers Branch, TX 75234

Thairiffic
141 East Kay, Ste. 300
Derby, KS 67037

The Stock Exchange Bank
103 S. Main Street
3D-146
Caldwell, KS 67022

The Window Guy
2142 North Nelson, Suites B&C
Derby, KS 67037

Theresa Hill
2367 East Madison
Derby, KS 67037

Treavor S. Angell Revocable Trust
Treavor S. Angell, Trustee
1410 W. Gambels Ct
Andover, KS 67002

Vicki Decarsky
1749 East Tiara Pines Street
Derby, KS 67037

William Turner & Amber Turner
25990 71st Road
Arkansas City, KS 67005

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

Kansas _____ District Of _____ Kansas _____

**In re**                            Case No. _____

Brody Holdings, LLC                 Chapter     11

**Debtor**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Hourly Fees
Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00
Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Undetermined

2. The source of the compensation paid to me was:

   ☐ Debtor           ☑ Other (specify)   Brant Dumford

3. The source of compensation to be paid to me is:

   ☑ Debtor           ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. The retainer secures legal services for the amount of time determined by dividing the retainer by the attorneys' standard hourly rates of $450.00 per hour for Partners, $300.00 per hour for associates, and $85.00 per hour for law clerks. Additional time will be billed at the stated hourly rates.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Defense of Adversary Proceedings to determine dischargeability of claims.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/28/2026                /s/ Tom R. Barnes II

_____                 _____
Date                     Signature of Attorney

                         Stumbo Hanson, LLP

                         Name of law firm

<h1 style="text-align:center">United States Bankruptcy Court</h1>

**IN RE:**

Brody Holdings, LLC

Case No._____

Chapter \_\_\_11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Brant T. Dumford<br>19225 E. 71st Street South, Derby, KS 67037 | 100 | Managing member |