**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re:

Case No. 26-40399-11

BRODY HOLDINGS, LLC,
                Debtor.

## CORPORATE OWNERSHIP STATEMENT

COMES NOW the Debtor, Brody Holdings, LLC, by and through its managing member

and states, pursuant to Bankruptcy Rule 1007.1(a), that the Debtor is a single-member limited

liability company chartered by the State of Kansas, and the sole member of the Debtor entity is

Brant Dumford, 10225 E 71st Street, Derby, KS 67037.

Brody Holdings, LLC

By:   *s/ Brant Dumford*
BRANT DUMFORD, Managing Member
and Sole Member

Prepared and submitted,
STUMBO HANSON, LLP

By:    *s/ Tom R. Barnes II*
TOM R. BARNES II, #13437
TODD A. LUCKMAN, #16535
2887 S.W. MacVicar Ave.
Topeka, KS 66611
(785) 267-3410; 267-9516 (fax)
tom@stumbolaw.com
todd@stumbolaw.com
Attorneys for Debtor