**Form ocvp**  (Revised 10/2023)

**United States Bankruptcy Court – District of Kansas**
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number:  26–40399                           Chapter:  11

In re:

Brody Holdings, LLC
10225 E 71st Street South
Derby, KS 67037

| **Date Case was Filed 5/29/26** | **ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY** | **Filed and Entered By The Court** |
|---|---|---|
| | | **6/1/26** |
| | | **David D. Zimmerman** |
| | | **Clerk of Court** |
| | | **US Bankruptcy Court** |

Debtor(s)' voluntary petition is missing the following document(s):

Declaration Under Penalty of Perjury
DeBN Request Form

District of Kansas Local Bankruptcy Rule 1007.1 lists the documents that must be assembled as part of the petition or attached to the petition and identifies which documents use local forms. Documents must be submitted using the latest version of the appropriate forms. National Bankruptcy Forms are available at www.uscourts.gov. Local forms (such as the local Chapter 13 form plan adopted by D. Kan. Bankr. Standing Order 17–1, and the Debtor's Electronic Noticing Request Form) are available at www.ksb.uscourts.gov/forms.

The missing document(s) must be filed within fourteen (14) days of the date the case was filed.

IT IS ORDERED THAT FAILURE TO TIMELY FILE THE MISSING DOCUMENT(S) MAY RESULT IN DISMISSAL.


Document 15

s/   Dale L. Somers
Judge, United States Bankruptcy Court