UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>BRODY HOLDINGS, LLC<br><br>DEBTOR. | Case No. 26-40399-11 |

**MOTION FOR RELIEF FROM STAY**

COMES NOW Equity Bank (the "Bank"), by and through its counsel Mark J. Lazzo, and moves the Court for an order granting it relief from stay pursuant to 11 U.S.C. §362(d)(1) and (2) to pursue in state court its *in rem* remedies against its Collateral. In support, the Bank states:

1. On March 28, 2025, Debtor delivered to the Bank its Promissory Note dated March 28, 2025 in the original amount of $227,500.00, Loan No. 300558026 ("Note 1").

2. There remains due and unpaid on Note 1, as of March 18, 2026, a principal balance of $223,470.30, plus accrued interest of $1,175.13 as of March 18, 2026, plus interest accruing from and after March 18, 2026 at the rate of $47.14 per day until paid in full, plus late fees of $186.16, plus payoff fees, court costs, and reasonable attorney fees.

3. On May 9, 2025, Debtor delivered to the Bank its Promissory Note dated May 9, 2025 in the original amount of $422,500.00, Loan No. 300558034 ("Note 2").

4. There remains due and unpaid on Note 2, as of March 18, 2026, a principal balance of $416,350.96, plus accrued interest of $2,730.31 as of March 18, 2026, plus interest accruing from and after March 18, 2026 at the rate of $87.83 per day until paid in full, plus late fees of $711.60, plus payoff fees, court costs, and reasonable attorney fees. The debts owed the Bank on Notes 1 and 2 are referred to hereafter collectively as the "Indebtedness".

5. To secure payment of the Indebtedness, Debtor delivered to the Bank the following Mortgages and Rent Assignments (collectively the "Collateral"):

(a) Mortgage dated March 28, 2025 ("Mortgage 1") pledging as collateral all of Debtor's right, title and interest in real estate at 233 S. Georgie Ave., Derby, KS 67037 ("Tract 1").

(b) Assignment of Rents dated March 28, 2025 ("Rent Assignment 1") pledging as collateral all of Debtor's right, title and interest in the rents from Tract 1.

(c) Mortgage dated March 28, 2025 ("Mortgage 2") pledging as collateral all of Debtor's right, title and interest in certain real estate at 2142 N. Nelson Drive, Derby, KS 67037 ("Tract 2").

(d) Assignment of Rents dated May 9, 2025 ("Rent Assignment 2") pledging as collateral all of Debtor's right, title and interest in the rents from Tract 2.

6. The Bank has properly perfected its liens against its Collateral.

7. The Collateral is not necessary for an effective reorganization.

WHEREUPON, Equity Bank requests relief from the automatic stay to permit it to pursue *in rem* relief against its Collateral in its pending foreclosure action filed in Sedgwick County district court, Case SG-2026-CV-001240, and for such other and further relief as is just and equitable.

Respectfully submitted,

/s/Mark J. Lazzo

Mark J. Lazzo, #37559
Mark J. Lazzo, P.A.
Landmark Office Park
3500 N. Rock Road
Building 300 Ste. B
Wichita KS 67226
Attorney for Equity Bank

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of October 2026, the above and foregoing Motion for Relief from the Automatic Stay by Equity Bank was filed via the CM/ECF system with the U.S. Bankruptcy Court and a filed Notice of Electronic Filing was sent via the CM/ECF to the debtor's attorney and other parties in interest via the CM/ECF system of the United States Bankruptcy Court for the District of Kansas

/s/Mark J. Lazzo
Mark J. Lazzo