**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 26-40399-11 |
| BRODY HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF EVIDENTIARY HEARING ON**
**AMENDED MOTION FOR RELIEF FROM STAY OF SIMMONS BANK**

NOTICE IS HEREBY GIVEN that an evidentiary hearing will be held before the U.S. Bankruptcy Court, 444 S.E. Quincy, Room 220, Topeka, Kansas 66683, on **October 27, 2026, at 1:30 p.m.,** or as soon thereafter as the Court's schedule permits.

Respectfully submitted,

KENNEDY BERKLEY, P.A.

By: /s/ Klint A. Spiller
James R. Angell, #19329
Klint A. Spiller, #27641
P.O. Box 2567
Salina, Kansas 67402-2567
785.825.4674/785.825.5936 fax
jangell@kenberk.com
kspiller@kenberk.com
ATTORNEYS FOR SIMMONS BANK

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2026, a true and correct copy of the above and foregoing Notice of Evidentiary Hearing was filed using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system, which include:

Edward L Robinson
Robinson Law Firm, LLC
445 N. Waco
Wichita, KS 67202
*Attorney for the Eck-90 Trust*

Christopher A. McElgunn
301 N. Main
Suite 1600
Wichita, KS 67202
*Attorney for Navid Haeri*

Michael Fowler
Prelle Eron & Bailey, P.A.
301 N Main St
Ste 2000
Wichita, KS 67202
*Attorney for Kinetic Commercial Funding, LLC*

Nicholas R Grillot
Hinkle Law Firm, L.L.C.
1617 N. Waterfront Parkway
Suite 400
Wichita, KS 67206-6693
*Attorney for Kingdom Capital Partners, LLC & Kingdom Capital Fund 1, LLC*

Cody C Branham
Adams Jones Law Firm PA
1635 N Waterfront Parkway STE 200
Wichita, KS 67206
*Attorney for KS StateBank*

Mark J Lazzo
Landmark Office Park
3500 N Rock Rd
Building 300
Suite B
Wichita, KS 67226
*Attorney for Equity Bank*

Adam R Burrus
Fleeson Gooing Coulson & Kitch LLC
301 N Main
Suite 1900
Wichita, KS 67202
*Attorney for 1551, LLC and Rodney D. Horton and the Rodney D. Horton Revocable Trust*

Tom R. Barnes, II
2887 SW MacVicar Ave
Topeka, KS 66611
*Attorney for Debtor*

Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202

/s/ Klint A. Spiller
Klint A. Spiller