# WITNESS LIST

DEBTOR(S): Brody Holdings LLC

CASE NO: 26-40399

ADVERSARY CAPTION (if applicable):

ADVERSARY CASE NO:

TRIAL DATE: October 27, 2026

SUBMITTED BY: Klint A. Spiller

Attorney for Simmons Bank

| NAME | ADDRESS* |
|---|---|
| Amy Moore, Senior Vice President of Simmons Bank | Simmons Bank<br>5950 Berkshire Lane, Suite 400<br>Dallas, TX 75225 |
| Brant Dumford<br>Managing Member of Brody Holdings LLC | Brody Holdings LLC<br>10225 E. 71st St. South<br>Derby, KS 67037 |
| Diane Williams, Owner of The Body Shop Spa, LLC | The Body Shop Spa, LLC<br>411 N. Main Street<br>Hutchinson, KS 67501 |
| P. John Eck, Owner of Eck Agency, Inc. | Eck Agency, Inc.<br>123 N. Main Street<br>Attica, KS 67009 |
| | |
| | |

*include employer name and address if witness testifying in representative capacity